UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:13-cr-100-T-30AEP

BETTY MINAKER

**FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the United States' Motion for a Forfeiture Money Judgment (Doc. 23) in the amount of $41,096.00.

Being fully advised of the relevant facts, the Court hereby finds that the defendant obtained at least $41,096.00 in proceeds from the theft of government funds to which she pled guilty in Counts One and Three.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 23) is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. ' 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable for a forfeiture money judgment in the amount of $41,096.00.

It is FURTHER ORDERED that, the order of forfeiture will become final as to the defendant at sentencing.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

**DONE** and **ORDERED** in Tampa, Florida on July 8, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cr-100 Minaker forfeit 23.wpd